gmar

# ADDENDUM /AMENDMENT

DATE February 5th 2024

This is an Addendum/Amendment to and becomes a part of the Purchase Agreement dated Jun 12 23 regarding property located at: Annapolis Pointe Inkster, MI 48141.

If conflict between terms and provisions of Purchase Agreement and Addendum, terms of Addendum will prevail.

See attached legal description for Annapolis Pointe (including 72 parcels located in Inkster Michigan)

As approved by the Inkster City Council, the purchase agreement will be amended as follows:

The purchase agreement/addendums will be extended an additional 90 days to allow for the completion of the quiet title process.

The closing will take place on or before May 5, 2024.

___/___/___
Date

___________________
Witness

02 / 07 / 2024
Date

Authentisign
John Hearn Jr. signing for Western Wayne Urban Community Development
Seller Byron Nolen, Mayor on behalf of the City of Inkster

02 / 07 / 2024
Date

Authentisign
byron Nolen, Mayor signing for the City of Inkster
Buyer John Hearn Jr.on behalf of Western Wayne Urban Community Development

___/___/___
Date

___________________(L.S.)
Witness

___/___/___
Date

___________________(L.S.)
Seller

___/___/___
Date

___________________(L.S.)
Buyer

DISCLAIMER: This form is provided as a service of the Greater Metropolitan Association of Realtors to its members. Those who use this form are expected to review both the form and the details of the particular transaction to ensure that each action of this form is appropriate for the transaction. The Greater Metropolitan Association of Realtors is not responsible for the use or misuse of this form, for misrepresentation, or warranties made in connection with this form.

This contract is for use by Sha-Wanna Gajewski. Use by any other party is illegal and voids the contract.

TRANSACTIONS TransactionDesk Edition