| ANNAPOLIS POINTE PHASE 1 · TAX REPORT | | | | | | | | 2025 Tax Wayne County Delinquent | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | Parcel Number | Address | Unit | nmer 2025 Balan | Summer 2026Balance | TOTAL OWED | | Due | Tax Amount | Due Before |
| BRIDGEPORT COURT [19 parcels] | | | | | | | | BRIDGEPORT COURT | | |
| 1 | 44 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 000 | 4398 BRIDGEPORT CT | Unit 18 | $125.45 | $203.42 | $328.87 | | Yes | $136.74 | 7/31/2026 |
| 2 | 44 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 000 | 4396 BRIDGEPORT CT | Unit 19 | $110.69 | $179.51 | $290.20 | | Yes | $120.65 | 7/31/2026 |
| 3 | 44 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 000 | 4392 BRIDGEPORT CT | Unit 20 | $110.69 | $179.51 | $290.20 | | Yes | $120.65 | 7/31/2026 |
| 4 | 44 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 000 | 4384 BRIDGEPORT CT | Unit 22 | $121.74 | $197.49 | $319.23 | | Yes | $132.70 | 7/31/2026 |
| 5 | 44 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 000 | 4380 BRIDGEPORT CT | Unit 23 | $121.74 | $197.49 | $319.23 | | Yes | $132.70 | 7/31/2026 |
| 6 | 44 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 000 | 4376 BRIDGEPORT CT | Unit 24 | $121.74 | $197.49 | $319.23 | | Yes | $132.70 | 7/31/2026 |
| 7 | 44 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 000 | 4372 BRIDGEPORT CT | Unit 25 | $118.05 | $191.47 | $309.52 | | Yes | $128.67 | 7/31/2026 |
| 8 | 44 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 000 | 4364 BRIDGEPORT CT | Unit 27 | $121.74 | $197.49 | $319.23 | | Yes | $132.70 | 7/31/2026 |
| 9 | 44 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 000 | 4343 BRIDGEPORT CT | Unit 44 | - | $197.49 | $197.49 | | No | | |
| 10 | 44 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 000 | 4351 BRIDGEPORT CT | Unit 46 | - | $197.49 | $197.49 | | No | | |
| 11 | 44 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 000 | 4355 BRIDGEPORT CT | Unit 47 | - | $197.49 | $197.49 | | No | | |
| 12 | 44 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 000 | 4315 BRIDGEPORT CT | Unit 55 | - | $197.49 | $197.49 | | No | | |
| 13 | 44 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 000 | 4319 BRIDGEPORT CT | Unit 56 | - | $197.49 | $197.49 | | No | | |
| 14 | 44 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 000 | 4327 BRIDGEPORT CT | Unit 58 | - | $197.49 | $197.49 | | No | | |
| 15 | 44 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 000 | 4331 BRIDGEPORT CT | Unit 59 | - | $6,768.73 | $6,768.73 | | No | | |
| 16 | 44 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 000 | 4335 BRIDGEPORT CT | Unit 60 | - | $197.49 | $197.49 | | No | | |
| 17 | 44 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 000 | 4339 BRIDGEPORT CT | Unit 61 | - | $197.49 | $197.49 | | No | | |
| 18 | 44 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 000 | 4332 BRIDGEPORT CT | Unit 80 | - | $6,384.15 | $6,384.15 | | No | | |
| 19 | 44 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 000 | 4316 BRIDGEPORT CT | Unit 84 | $121.74 | $197.49 | $319.23 | | Yes | $132.70 | 7/31/2026 |
| TOTALS | | | | $1,073.58 | $16,474.16 | $17,547.74 | | Deliquent Total | $1,170.21 | |
| YORKVILLE COURT [26 parcels] | | | | | | | | YORKVILLE COURT | | |
| 20 | 44 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 000 | 4361 YORKVILLE CT | Unit 29 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 21 | 44 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 000 | 4365 YORKVILLE CT | Unit 30 | $226.93 | $203.42 | $430.35 | | Yes | $237.10 | 7/31/2026 |
| 22 | 44 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 000 | 4369 YORKVILLE CT | Unit 31 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 23 | 44 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 000 | 4373 YORKVILLE CT | Unit 32 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 24 | 44 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 000 | 4377 YORKVILLE CT | Unit 33 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 25 | 44 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 000 | 4381 YORKVILLE CT | Unit 34 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 26 | 44 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 000 | 4385 YORKVILLE CT | Unit 35 | $233.60 | $209.42 | $443.02 | | Yes | $244.07 | 7/31/2026 |
| 27 | 44 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 000 | 4380 YORKVILLE CT | Unit 36 | $226.93 | $203.42 | $430.35 | | Yes | $237.10 | 7/31/2026 |
| 28 | 44 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 000 | 4376 YORKVILLE CT | Unit 37 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 29 | 44 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 000 | 4372 YORKVILLE CT | Unit 38 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 30 | 44 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 000 | 4368 YORKVILLE CT | Unit 39 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 31 | 44 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 000 | 4364 YORKVILLE CT | Unit 40 | $213.57 | $191.47 | $405.04 | | Yes | $223.14 | 7/31/2026 |
| 32 | 44 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 000 | 4360 YORKVILLE CT | Unit 41 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 44 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 000 | 4351 YORKVILLE CT | Unit 63 | $280.34 | $251.32 | $531.66 | Yes | $292.90 | 7/31/2026 | 2021 $666.15 FORFEITED<br>2022 $814.65 FORFEITED<br>2023 $2,085.75<br>FORFEITED<br>2025 $292.90<br>DELINQUENT<br>Totals : $1,508.14 $3,859.45 |
| 34 | 44 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 000 | 4356 YORKVILLE CT | Unit 64 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 35 | 44 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 000 | 4352 YORKVILLE CT | Unit 65 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 36 | 44 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 000 | 4348 YORKVILLE CT | Unit 66 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 37 | 44 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 000 | 4344 YORKVILLE CT | Unit 67 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 38 | 44 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 000 | 4340 YORKVILLE CT | Unit 68 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 39 | 44 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 000 | 4336 YORKVILLE CT | Unit 69 | $226.93 | $203.42 | $430.35 | Yes | $237.10 | 7/31/2026 | |
| 40 | 44 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 000 | 4327 YORKVILLE CT | Unit 70 | $226.93 | $203.42 | $430.35 | Yes | $237.10 | 7/31/2026 | |
| 41 | 44 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 000 | 4331 YORKVILLE CT | Unit 71 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 42 | 44 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 000 | 4335 YORKVILLE CT | Unit 72 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 43 | 44 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 000 | 4341 YORKVILLE CT | Unit 73 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 44 | 44 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 000 | 4343 YORKVILLE CT | Unit 74 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 45 | 44 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 000 | 4347 YORKVILLE CT | Unit 75 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| TOTALS | | | | $4,491.52 | $4,027.33 | $8,518.85 | Deliquent Total | $6,080.41 | | |
| CRYSTAL & WAYLAND COURTS [27 parcels] | | | | | | | CRYSTAL & WAYLAND COURTS | | | |
| 46 | 44 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 000 | 4198 CRYSTAL CT | Unit 85 | $226.93 | $203.42 | $430.35 | Yes | $237.10 | 7/31/2026 | |
| 47 | 44 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 000 | 4194 CRYSTAL CT | Unit 86 | $206.89 | $185.46 | $392.35 | Yes | $216.16 | 7/31/2026 | |
| 48 | 44 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 000 | 4190 CRYSTAL CT | Unit 87 | $206.89 | $185.46 | $392.35 | Yes | $216.16 | 7/31/2026 | |
| 49 | 44 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 000 | 4186 CRYSTAL CT | Unit 88 | $240.29 | $215.45 | $455.74 | Yes | $251.05 | 7/31/2026 | |
| 50 | 44 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 000 | 4182 CRYSTAL CT | Unit 89 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 51 | 44 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 000 | 4176 CRYSTAL CT | Unit 90 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 52 | 44 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 000 | 4172 CRYSTAL CT | Unit 91 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 53 | 44 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 000 | 4168 CRYSTAL CT | Unit 92 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 54 | 44 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 000 | 4164 CRYSTAL CT | Unit 93 | $213.57 | $191.47 | $405.04 | Yes | $223.14 | 7/31/2026 | |
| 55 | 44 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 000 | 4175 CRYSTAL CT | Unit 94 | $253.63 | $227.39 | $481.02 | Yes | $264.99 | 7/31/2026 | |
| 56 | 44 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 000 | 4165 CRYSTAL CT | Unit 105 | $220.23 | $197.49 | $417.72 | Yes | $230.10 | 7/31/2026 | |
| 57 | 44 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 000 | 4169 CRYSTAL CT | Unit 106 | $233.60 | $209.42 | $443.02 | Yes | $244.07 | 7/31/2026 | |
| 58 | 44 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 000 | 4173 CRYSTAL CT | Unit 107 | $233.60 | $209.42 | $443.02 | Yes | $244.07 | 7/31/2026 | |
| 59 | 44 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 000 | 4177 CRYSTAL CT | Unit 108 | $226.93 | $203.42 | $430.35 | Yes | $237.10 | 7/31/2026 | |
| 60 | 44 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 000 | 4181 CRYSTAL CT | Unit 109 | $226.93 | $203.42 | $430.35 | Yes | $237.10 | 7/31/2026 | |
| 61 | 44 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 000 | 4185 CRYSTAL CT | Unit 110 | $226.93 | $203.42 | $430.35 | Yes | $237.10 | 7/31/2026 | |
| 62 | 44 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 000 | 4189 CRYSTAL CT | Unit 111 | $226.93 | $203.42 | $430.35 | Yes | $237.10 | 7/31/2026 | |
| 63 | 44 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 000 | 4179 WAYLAND CT | Unit 95 | $253.63 | $227.39 | $481.02 | Yes | $264.99 | 7/31/2026 | |
| 64 | 44 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 000 | 4187 WAYLAND CT | Unit 96 | $273.67 | $245.31 | $518.98 | Yes | $285.93 | 7/31/2026 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 44 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 000 | 4170 WAYLAND CT | Unit 97 | $226.93 | $203.42 | $430.35 | | Yes | $237.10 | 7/31/2026 |
| 66 | 44 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 000 | 4166 WAYLAND CT | Unit 98 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 67 | 44 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 000 | 4162 WAYLAND CT | Unit 99 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 68 | 44 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 000 | 4158 WAYLAND CT | Unit 100 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 69 | 44 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 000 | 4154 WAYLAND CT | Unit 101 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 70 | 44 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 000 | 4150 WAYLAND CT | Unit 102 | $220.23 | $197.49 | $417.72 | | Yes | $230.10 | 7/31/2026 |
| 71 | 44 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 000 | 4161 WAYLAND CT | Unit 103 | $280.34 | $251.32 | $531.66 | | Yes | $292.90 | 7/31/2026 |
| 72 | 44 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 000 | 4160 CRYSTAL CT | Unit 104 | $280.34 | $251.32 | $531.66 | | Yes | $292.90 | 7/31/2026 |
| **TOTALS** | | | | **$4,698.64** | **$4,212.57** | **$8,911.21** | | **Deliquent Total** | **$6,519.96** | |
| **GRAND TOTAL — ALL UNPAID TAX BALANCES** | | | | | | **$34,977.80** | | **Grand Total** | **$13,770.58** | |

⚠ ⚠Note: On March 1 at 12:00 AM, Summer and Winter local taxes become ineligible for payment at t