4:41

95

BN

Byron, Mayor Of Ink...

Text Message • RCS
May 22, 2025 at 4:20 PM

What is your friends name that I spoke to about building me a house?

Hello Mayor! How are you? I'm fine thanks for asking! 🤗 😂
Michael Griffin 🏠

I knew you were fine 🙂 lol 😆
🤣 Don't tell your husband 🤣

May 23, 2025 at 8:26 PM

Hello how are you? Can you send me Michael's email and cell number? Thanks

May 25, 2025 at 12:57 PM

I have it. Thanks

Please share with anyone who you think would be interested




Text Message • RCS