Gmail ShaWanna Gajewski, Realtor <mssrcook@gmail.com>

**Byron and Jennifer's house**
1 message

**BYRON NOLEN** <bnolen@comcast.net> Wed, Apr 17, 2024 at 5:46 PM
To: Shawanna Cook <mssrcook@gmail.com>

Dear Shawanna:
This is the house my wife and I want to build. We want it to be all brick with the 3 car garage. If we buy our own fixtures, (kitchen cabinets, light fixtures and bathroom fixtures) what could you build this house for. The back of the house will be all high quality glass (acrylic) to look out over Inkster park. The basement will be finished with a bedroom, a full bath, a half bath, exercise room, and sauna that can be part of one of the bathrooms.

Byron H. Nolen
The Nolen Law Firm
358 Sunningdale Drive
Inkster, MI 48141
734.620.9685
bnolen@comcast.net

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**Byron and Jennifer House.pdf**
3444K

Gmail ShaWanna Gajewski, Realtor <mssrcook@gmail.com>

## Architect

1 message

**BYRON NOLEN** <bnolen@comcast.net> Wed, Apr 17, 2024 at 2:33 PM
To: Shawanna Cook <mssrcook@gmail.com>

Do you have a great architect that you use for customs residential homes.

Byron H. Nolen
The Nolen Law Firm
358 Sunningdale Drive
Inkster, MI 48141
734.620.9685
bnolen@comcast.net

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

Gmail ShaWanna Gajewski, Realtor <mssrcook@gmail.com>

**Fwd: Permit Plans - Invoice**
1 message

**BYRON NOLEN** <bnolen@comcast.net> Thu, Jan 22, 2026 at 5:17 PM
To: Shawanna Cook <mssrcook@gmail.com>

These are our plans.

Byron H. Nolen
The Nolen Law Firm

358 Sunningdale Drive
Inkster, MI 48141
734.620.9685
bnolen@comcast.net

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---------- Original Message ----------
From: M G <mgannon_4@msn.com>
To: BYRON NOLEN <bnolen@comcast.net>, Jennifer Bahns <jenniferbahns@gmail.com>
Date: 01/22/2026 1:08 PM EST
Subject: Permit Plans - Invoice

**7 attachments**

**Nolen B. 6.pdf**
207K

**Nolen B. 5.pdf**
403K

**Nolen B. 4.pdf**
348K

**Nolen B. 3.pdf**
190K

**Nolen B. 2.pdf**
267K

**Nolen B. 1.pdf**
363K

**1-26-invoice-Nolen.pdf**
87K