Gmail ShaWanna Gajewski, Realtor <mssrcook@gmail.com>

# Re: Pre-development Agreement Cancellation

1 message

**BYRON NOLEN** <bnolen@comcast.net> Fri, Aug 14, 2026 at 7:28 PM
To: Sherman Vinson <svinson@vepropertiesllc.com>, Jennifer Bahns <jenniferbahns@gmail.com>
Cc: Gerardo Hernandez <ghernandez@vepropertiesllc.com>, Shawanna Cook <mssrcook@gmail.com>

I disagree with your analysis of work performed. I have not seen any estimate or proposal for any subcontract work, so I am not paying anybody solicitating something that has not happened.. I never hired Gerado to manage anything, and furthermore he didn't do any research more than googling how much a basement, a garage, porch etc. would cost, so I am not paying for that. No site work was done at our property, and I doubt anybody has even visited our property. Their has not been multiple visions with Ritz Craft regarding our floorplan because you told me they would even start any revisions on our floorplan until I paid them a deposit, and I have not paid them anything, nor have we received any drawings from them. My wife picked the Samantha III house all on her own, modified it, and sent it to you to forward to Ritz Craft. You have not done any work to help us select the Samantha III. Further, no revisions were ever made by Ritz Craft. You claim you reviewed feasibility analysis and cost estimating of the interior and exterior upgrades which is BS. Ritz Craft just tells a buyer what the upgrades would cost and that is it. There is nothing for you to analyze. We have had one meeting where I paid you the $5,000, and that was an initial meeting which I should not have to pay anything for. I know now that a person building a modular home does not need a consultant, they need a general contractor who coordinates the subcontractors and is responsible for all of the work not done in the warehouse. The short version of this is I want a full refund of my $5,000 retainer asap within five business days. If not received this will affect all of the business you, and your associates have within the city of Inkster. I will not be taken advantage of, on some BS. I am not that guy.

Byron H. Nolen,
The Nolen Law Firm
358 Sunningdale Drive
Inkster, MI 48141
734.620.9685
bnolen@comcast.net

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

On 08/14/2026 3:46 PM EDT Sherman Vinson <svinson@vepropertiesllc.com> wrote:

Hi Byron,

Thank you for your message. I understand that you and Jennifer have decided to move forward with another company, and we are agreeable to closing the Predevelopment Consulting Agreement. I propose a

meeting to discuss your concerns, my response, and the conclusion of the agreement.

I do want to clarify the work performed and the application of the $5,000 deposit. The deposit was applied toward predevelopment consulting services at the contractual rate of $150 per hour, along with approved project-related expenses. To date, our services have included:

- Project consultation, scope development and selection of the Ritz-Craft Samantha III
- Coordination with Ritz-Craft and extensive floor plan review and revisions
- Foundation, modular set, site work and preliminary construction budgeting
- Solicitation and evaluation of contractor/vendor bids and estimates
- Preparation of a stick-built material take-off, at your request, while you were still determining which construction method (modular vs. site-built) you wanted to pursue
- Review, feasibility analysis and cost estimating of the requested interior and exterior upgrades, including the custom AI-generated renderings
- Ongoing meetings, correspondence, revisions and project coordination

The attached scope log provides the specific dates, tasks and time associated with these services. The current accounting reflects approximately 27.5 hours of consulting services, totaling $4,125 at the contractual rate of $150 per hour, in addition to approved project-related expenses.

Gerardo is my Project Manager. His role was to coordinate the predevelopment process, communicate with Ritz-Craft and contractors, and compile the bids and estimates necessary to develop the anticipated construction budget.

Regarding Ritz-Craft, I don't believe the communication issues can be attributed entirely to them. Ritz-Craft was contacted by multiple builders regarding your project, which created confusion as to who was representing you and ultimately building the home. Despite that, Ritz-Craft invested time at its expense preparing and revising the preliminary Samantha III plans based on your requested modifications.

The scope of your home also changed considerably during predevelopment. We began with the based model Samantha III, made substantial modifications to the floor plan, and then received additional interior and exterior concepts and AI-generated renderings that introduced a much higher level of customization and high end finishings. We spent considerable time evaluating the feasibility and cost of those requests.

Based on the preliminary budget we prepared, the Samantha III, 9-foot basement foundation and modular set were estimated at approximately $504,000. Replicating the custom exterior shown in the renderings was estimated to add approximately $381,000, bringing the project to approximately $885,000 before additional custom interior upgrades. This was substantially beyond the $500,000–$550,000 target budget we had been working toward.

Our recommendation was to maximize the available Ritz-Craft factory options, limit expensive site-built customization, and prioritize the features most important to you so that the project could remain as close as possible to your intended budget.

We respect your decision to move in another direction and will close the consulting engagement accordingly. We will finalize the accounting of the $5,000 deposit in accordance with our agreement and provide the final closeout balance.

Regards,

***Sherman Vinson***
Managing Member

VE Properties & Developments, LLC
svinson@vepropertiesllc.com