---------- Forwarded message ---------
From: **BYRON NOLEN** <bnolen@comcast.net>
Date: Fri, Aug 21, 2026 at 12:27 PM
Subject: Re: Pre-development Agreement Cancellation
To: Sherman Vinson <svinson@vepropertiesllc.com>, Jennifer Bahns <jenniferbahns@gmail.com>
CC: Gerardo Hernandez <ghernandez@vepropertiesllc.com>, Shawanna Cook <mssrcook@gmail.com>

I'm still waiting on my $5,000 refund.

Byron H. Nolen